AO 83 (Rev. 06/09) Summons on a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | )    Case No. **3:24-MJ-00201** |
| | ) |
| **MICHAEL DECHELLIS** | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before United States District Court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☒ Violation Notice    ☐ Order of Court

| Place: **United States District Court** **Mark O. Hatfield U.S. Courthouse** **1000 SW 3rd Avenue** **Portland, OR 97204** | Courtroom No.: **10B** |
|---|---|
| | Date: **Friday, May 29, 2026** |
| | Time: **1:30pm** |

This offense is briefly described as follows:

*Violation of Title 18, United States Code 3142. See Petition for Summons.*

**Date:**   **05/29/2026**

       **s/R Brennan**
*Issuing officer's signature*

**R Brennan, Deputy Clerk**
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons      ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*