IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-MJ-00201- 1 |
| v. | |
| Michael DeChellis | **MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

**IT IS ORDERED that the defendant's pretrial release conditions be modified as follows.**

**ADD:**

- Be placed in the third-party custody of:
  Name of Person or Organization: Amy DeChellis

  who agrees 1) to personally supervise the defendant's activities to ensure the safety of persons under the age of 18 when in the presence of the defendant, 2) to verify with Pretrial Services that the defendant has gained approval for the visitation, prior to the occurrence, and 3) to notify Pretrial Services of any violations of the defendant's conditions of release.
  Signed (Custodian or Proxy): _____ Date: 5/29/2026

**IT IS SO ORDERED THIS** ___29___ **day of** __May__ **, 2026.**

_____
The Honorable Jolie A. Russo
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**